JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SILVAR LOPEZ, ) | Case No. CV 09-5815-RGK (DTB) |
| ) | |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| KEN CLARK, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 2, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE